*In re* PETITION OF AUDITOR GENERAL.

This case is controlled by *In re Petition of Auditor General, ante,* 578.

Appeal from Ogemaw; Smith (Guy E.), J. Submitted October 18, 1932. (Docket No. 123, Calendar No. 36,783.) Decided December 6, 1932.

Petition of Auditor General for sale of certain lands for 1928 taxes. Petition of Hydro Land Company to set aside the sale denied. G. M. Porter, trustee, intervened. Hydro Land Company appeals. Affirmed.

*Wilson & Hoffman,* for appellant.

*Paul W. Voorhies,* Attorney General, and *Hugh E. Wilson,* Assistant Attorney General, for appellee.

*A. W. Penny,* for intervener.

WIEST, J. The opinion filed this day in *Re Petition of Auditor General, ante,* 578, states the issues here involved and controls every question presented. The instant case involves the taxes assessed for the year 1928.

The decree in the circuit court is affirmed, without costs.

CLARK, C. J., and McDONALD, POTTER, SHARPE, NORTH, FEAD, and BUTZEL, JJ., concurred.